Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Sharon A. Robinson )   Case No. 3:22-cv-255-MMH-LLL
_____ )   _____
Plaintiff(s) )   (to be filled in by the Clerk's Office)
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )   Jury Trial: (check one)  ☐ Yes   ☐ No
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
TSA · Cleveland Hopkins Airport )
_____ )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

FILED 2022 MAR -8 AM 11:06 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sharon A. Robinson
Address: 6042 Blank Dr. W
Jacksonville, FL 32244
County: Duval
Telephone Number: 904-382-6879
E-Mail Address: rockofages61@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name:
Job or Title (if known): TSA Security
Address: Cleveland Hopkins Airport
Cleveland, Ohio
County: Cuyahoga County
Telephone Number: 216-265-6000
E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Cleveland Hopkins Airport  Oct 4, 2021  4:50 p.m.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

Oct. 4, 2021

4:50 – 5:00 PM

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The TSA agent took my wheelchair. The X-Ray machine detected I was wearing something around my pelvic area I was pulled aside. I was a Depend a urinary constitence and

I had urine in it. She said out loud after I had explained what the contrast showed it was only urine. She then told me that they couldn't touch feces or urine. So I said O.K. She then told me to step aside. She had to warn me after doing so. She then told me I couldn't get back in my wheelchair. I asked her to get a full understanding that I couldn't sit in the wheelchair she no and pushed the wheelchair away. I have visible disabities as well as invisible. Stroke, fibromyalgia, diabetes, high blood pressure. The agent caused me great physical as well as emotional stress. She then told my wheelchair pusher to leave. She left. I then had to grab my belongings and I asked was anybody I could speak to she not it was TSA rules and had the other agent escort down the entrance. I immediately asked for help at the Southwest Airlines terminal where I was eventually assisted to the restroom and through the TSA and eventually on the plane.

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity   [ ] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [X] Federal officials (a *Bivens* claim)

   [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**Section 502 Rehabilitation Act 1973**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional distress
Pain & Suffering
~~Dehumanized~~
PTSD

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$1 Million in punitive damages. It was obvious I was in a wheel chair. I was confused why I could not take the wheel chair and I was very confused as to why she was taking matters into her own hands and what she told the other workers that stood around and watched. I have never been so embarrassed, I was scared and never never want to endure this type of treatment as a 69 year old Afro-American female at a airport,

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-15-2021

Signature of Plaintiff: Sharon A. Robinson

Printed Name of Plaintiff: Sharon A. Robinson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City   State   Zip Code

Telephone Number

E-mail Address